No. 232.   TURNER *v.* ALTON BANKING & TRUST CO.,
EXECUTOR.   C. A. 8th Cir.   Certiorari denied.   MR. JUS-
TICE BLACK and MR. JUSTICE DOUGLAS are of the opinion
the petition should be granted.   *Lon Hocker* for petitioner.

No. 155.   SABIN ET AL. *v.* LEVORSEN.   Supreme Court
of Oklahoma.   Certiorari denied.

No. 156.   SABIN ET AL. *v.* MIDLAND SAVINGS & LOAN
Co.   C. A. 10th Cir.   Certiorari denied.   Petitioners *pro
se. Ernest B. Fowler* for respondent.

No. 171.   LARSSON *v.* COASTWISE (PACIFIC FAR EAST)
LINE.   C. A. 9th Cir.   Certiorari denied.   *John Paul
Jennings* for petitioner.   *Lyman Henry* for respondent.

No. 186.   SIMS *v.* IOWA.   Supreme Court of Iowa.
Certiorari denied.   *J. R. McManus* for petitioner.

No. 226.   TENNESSEE EX REL. HUNTER *v.* ROBINSON,
SHERIFF, ET AL.   Supreme Court of Tennessee.   Certio-
rari denied.   *Howard F. Butler* for petitioner.   *Roy H.
Beeler,* Attorney General of Tennessee, *W. F. Barry, Jr.,*
Solicitor General, and *J. Malcolm Shull,* Assistant At-
torney General, for respondents.

No. 190.   KLEIN'S OUTLET, INC. ET AL. *v.* LIPTON.
C. A. 2d Cir.   The motion to strike respondent's brief is
denied.   Certiorari denied.   Petitioners *pro se. Harold
L. Lipton* for respondent.